LEICHT, Respondent, v. MANHATTAN RY. CO., Appellant. (Superior Court of New York City, General Term. May 6, 1895.) Action by Charles Leicht, as administrator, etc., against the Manhattan Railway Company. Julien T. Davies and Ezra A. Tuttle, for appellant. W. W. Badger, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LEVEY, Respondent, v. KIERNAN NEWS AGENCY, Appellant. (Supreme Court, General Term, First Department. May 17, 1895.) Action by Charles L. Levey against the Kiernan News Agency. Oliver B. Goldsmith, for appellant. Dudley R. Horton, for respondent.

PER CURIAM. Our examination of the record satisfies us that the appellant is wrong in its contention that a case is presented which makes it the duty of this court to set aside the judgment on the ground that it is against the weight of evidence. The other exceptions to which it calls our attention are not well taken, and do not merit discussion. The judgment should be affirmed, with costs.

LOUCKS et al., Appellants, v. JOHNSON et al., Respondents. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Addison Loucks and George K. Daley, as administrators of the estate of Christina Loucks, deceased, against Lewis L. Johnson, Charity A. Sheffer, and John J. Johnson, interpleaded as defendants by the Albany Savings Bank, originally the defendant in this action. No opinion. Judgment affirmed, with costs and disbursements. See 24 N. Y. Supp. 267.

LYON, Respondent, v. RAYMOND, Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Jennie H. Lyon against Edward H. Raymond. Foley & Powell, for appellant. Thompson & Allen, for respondent. No opinion. Judgment affirmed, with costs.

McCLANATHAN et al., Respondents, v. FRIEDEL, Appellant. (Supreme Court, General Term, Fourth Department. April, 1895.) Action by Frank McClanathan and another against William Friedel. No opinion. Motion for leave to appeal to the court of appeals denied. See 32 N. Y. Supp. 588.

McKEAN, Appellant, v. ADAMS, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Bernard S. McKean against Charles H. Adams. No opinion. Motion for reargument or for leave to appeal to the court of appeals denied, with $10 costs. See 32 N. Y. Supp. 281.

McQUEEN, Respondent, v. NEW, Appellant. (Supreme Court, General Term, First Department. April 11, 1895.) Action by John McQueen, receiver, etc., against Tobias New,

impleaded, etc. F. J. Mather, for appellant. H. H. Whitman, for respondent. No opinion. Judgment affirmed, with leave to defendant to answer over on payment of costs. See 30 N. Y. Supp. 977, 33 N. Y. Supp. 395.

MANHATTAN RY. CO., Appellant, v. KLIPSTEIN et al., Respondents. (Supreme Court, General Term, First Department. April 11, 1895.) Proceeding by the Manhattan Railway Company against August Klipstein and others. E. C. James, for appellant. J. E. Parsons, for respondent. No opinion. Order reversed, with costs, unless stipulation be given to reduce award in respect to No. 122 Pearl street to $7,250, and in respect to Nos. 129, 131, 133, and 135 Pearl street to $42,500.

MAYER, Respondent, v. UNION RY. CO., Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Emil A. Mayer against the Union Railway Company. Matthew P. Breen, for appellant. J. Homer Hildreth, for respondent. No opinion. Judgment affirmed, with costs.

MEAD, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Superior Court of New York City, General Term. May 6, 1895.) Action by Frederick Mead against the New York Elevated Railroad Company and the Manhattan Railway Company. Davies & Rapallo (Julien T. Davies, Brainard Tolles, and J. C. Bushby, of counsel), for appellants. Evarts, Choate & Beaman (Joseph H. Choate, W. V. Rowe, and T. T. Sherman, of counsel), for respondent.

PER CURIAM. The awards herein are supported by a fair preponderance of evidence. The learned trial judge seems to have followed correct principles of law in the trial and determination of the issues raised. We have examined the case with care, and find no substantial reason for disturbing the decision of the court below. The judgment appealed from is affirmed, with costs.

MERRITT, Respondent, v. FOWLER, Appellant. (Supreme Court, General Term, First Department. April 11, 1895.) Action by James A. Merritt against John A. Fowler, impleaded. I. N. Miller, for appellant. W. H. Beam, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 27 N. Y. Supp. 1047.

MILLER, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. May 17, 1895.) Action by James S. Miller against the Manhattan Railway Company and another. R. P. Chittenden, for appellants. L. C. Dessar, for respondent. No opinion. Judgment affirmed, with costs.

MILLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fourth Department, November, 1894.) Action by Vernon Miller against the New York Central & Hudson River Railroad Company, appellant. No opinion. Judgment and order affirmed, with costs.